## In the Matter of TRUST NO. 2988, etc., Debtor.

## TRUST COMPANY OF CHICAGO, etc., v. TRUST NO. 2988, etc.

## No. 5598.

Circuit Court of Appeals, Seventh Circuit.
Nov. 11, 1935.

John L. McInerney, Louis M. Mantynband, and Benjamin V. Becker, all of Chicago, Ill., for appellant.

Shulman, Shulman & Abrams, of Chicago, Ill., for appellee.

### PER CURIAM.

This cause was submitted to the court on the motion of appellee to dismiss this appeal, and briefs of counsel in support of said motion, and in opposition thereto.

It is now here ordered, adjudged, and decreed by this court that the appeal granted to the appellant herein, the Trust Company of Chicago, as successor, etc., by the order of this court, entered July 25, 1935, be, and the same is hereby, dismissed with costs.

## VOELKEL & SON CO., Inc., v. COMMISSIONER OF INTERNAL REVENUE.

### No. 5734.

Circuit Court of Appeals, Seventh Circuit.
Jan. 7, 1936.

Frank J. Wideman, of Washington, D. C., for respondent.

Before EVANS and ALSCHULER, Circuit Judges.

### PER CURIAM.

On motion of counsel for respondent, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on April 26, 1933, be, and the same is hereby, dismissed.

## Joseph WEST and Betty Lang, Appellants, v. UNITED STATES of America, Appellee.

### No. 7729.

Circuit Court of Appeals, Ninth Circuit.
Feb. 24, 1936.

David G. Taylor, of Los Angeles, Cal., for appellants.

Peirson M. Hall, U. S. Atty., and M. G. Gallaher, Asst. U. S. Atty., both of Los Angeles, Cal.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

### PER CURIAM.

Upon stipulation of counsel for respective parties, ordered, appeal dismissed; mandate forthwith.